# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## EMERGENCY MOTION FOR PROTECTION FROM RETALIATION

Plaintiff DOMINIQUE SANDRA MARIE LAX respectfully moves this Court for an order protecting Plaintiff from retaliation by law enforcement officials related to the filing of this civil rights action. Plaintiff alleges a pattern of repeated detentions and harassment by law enforcement in multiple jurisdictions after reporting misconduct by police officers. Plaintiff is currently incarcerated and fears retaliation including further false charges, harassment, or interference with access to the courts. Federal courts have authority to issue protective orders when necessary to protect litigants asserting constitutional rights. WHEREFORE Plaintiff respectfully requests this Court: 1. Issue an order prohibiting retaliation against Plaintiff for filing this lawsuit. 2. Direct defendants and associated officers to refrain from harassment or intimidation. 3. Ensure Plaintiff's access to courts and legal communications. Respectfully submitted, Dominique Sandra Marie Lax Plaintiff – Pro Se Date: March 13, 2026