# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Dominique Sandra Marie Lax,<br><br>        Plaintiff(s),<br><br>v.<br><br>City of Las Vegas, et al.,<br><br>        Defendant(s). | Case No. 2:26-cv-00813-CDS-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff's application is not made on the approved form and does not include the information required for resolution of that issue. *But see* Local Special Rule 1-1. In addition, Plaintiff has not filed a complaint identifying with clarity the claims she brings and the defendants against whom each claim is brought. Lastly, Plaintiff's paperwork was submitted with only an email address identified. Litigants (including those who are incarcerated) are required to include on their filings additional contact information, including a mailing address. *See* Local Rule IA 10-2; *see also* Local Rule IA 3-1.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. The Clerk's Office is **INSTRUCTED** to send Plaintiff the approved *in forma pauperis* form for prisoners and the form for a Section 1983 complaint. No later than April 10, 2026, Plaintiff must (1) either pay the filing fee or file an application to proceed *in forma pauperis* on the approved form; (2) file a complaint on the approved form; and (3) provide the Court notice of a mailing address. **Failure to comply with this order may result in dismissal of this case.**

IT IS SO ORDERED.

Dated: March 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1